UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re:   Russell Christopher Kee<br><br>           Debtors. | ) Case No.: 12-33891-KLP<br>)<br>) Chapter 13<br>)<br>) |

MOTION TO APPROVE LOAN MODIFICATION

**PLEASE TAKE NOTICE:** The Debtor in this case, has filed with the Court a motion to approve loan modification, the motion being more particularly described below.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you or your attorney must **on or before twenty-one (21) days after service of this Motion**:

- File with the Court, at the address shown below, a written request for a hearing.  If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

United States Bankruptcy Court
Eastern District of Virginia
701 E. Broad St, Room 4000
Richmond, Virginia 23219

*You must also mail a copy to:*

Brett Alexander Zwerdling, Esquire
Zwerdling, Oppleman & Adams
5020 Monument Avenue
Richmond, Virginia  23230

Counsel for Debtor
Brett Alexander Zwerdling, VBN 39569
Zwerdling, Oppleman & Adams
5020 Monument Avenue
Richmond, VA  23230
(804) 355-5719 Fax (804) 355-1597
bzwerdling@zandolaw.com

- Attend the hearing on September 17, 2014 at 12:00 p.m. at the United States Bankruptcy Court, 701 E. Broad St., Room 5100, Richmond, VA 23219

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief without a hearing.

## MOTION

Comes now your Debtor, by counsel, who states as follows:

1. This action is brought by the Debtor in the above-captioned proceeding to obtain this Court's permission to enter into a loan modification on a loan secured by residential real property as follows:

    a. <u>Street Address</u>:  3101 Quail Roost Drive, Glen Allen, VA 23059 (Henrico County)

    b. <u>Legal Description</u>:  Tax Map No. 772-771-8515:  Lot 4, Block D, Quail Walk, Brookland District, Henrico County, Virginia

2. This Court has exclusive jurisdiction over the property in question under 28 USC Section 1334. This is a core matter.

3. The Mortgage will be modified to reflect the following terms:

| CURRENT TERMS | | Proposed Modified Terms | |
|---|---|---|---|
| Current Balance | 199,846 | Modified Balance | 188,156.69 |
| Current Maturity Date | 9/1/2036 | "Interest Bearing" Principal Balance | 188,156.69 |
| Current Interest Rate | 8.125 | Reduction in Old Principal Balance | 11,690 |
| Current Payment Due Date | 1st of month | Deferred Principal Balance | n/a |

| | | | |
|---|---|---|---|
| Current P & I | 715.24 | Modified Mortgage Term | 7/1/2034 |
| Current Payment Amount | 915.24 | Modified Interest Rate | 2.11895 |
| | | Post Modification Due Date | 8/1/14 |
| | | Post Modification P & I | 596.91 |
| | | Estimated Payment w/ Escrows | 792.77 |
| | | Contribution Required | 792.77 |

4. The loan modification on the real property would not prejudice the rights of any party, and would allow the debtor to comply with the terms of the confirmed chapter 13 plan.

WHEREFORE, the Debtor prays that this Court enter an Order permitting the loan modification of the real property listed above.

Russell Christopher Kee

/s/ Brett Alexander Zwerdling
Counsel

Certificate of Service

I hereby certify that on January 29, 2014 a true copy of the foregoing was mailed by first class U.S. mail, or electronically served, upon all necessary parties and the following:

Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Carl M. Bates, Chapter 13
Trustee
P.O. Box 1819
Richmond, VA 23218-1819

Capital One, N.a.
Capital One Bank (USA) N.A.
Po Box 30285
Salt Lake City, UT 84130

Citibank Usa
Citicorp Credit Svs
Po Box 20363
Kansas City, MO 64195

Dell Financial Services
701 E. Barmer Lane
Building 2
Austin, TX 78753

Indymac Bank/Onewest bank
Attn:Bankruptcy
2900 Esperanza Crossing
Austin, TX 78758

| | | |
|---|---|---|
| Lowes / MBGA / GEMB<br>Attn: Bankruptcy Dept<br>Po Box 103104<br>Roswell, GA 30076 | Sears/cbna<br>Po Box 6282<br>Sioux Falls, SD 57117 | Target Credit Card (TC)<br>C/O Financial & Retail Svs<br>Mailstop BT  P.O. Box 9475<br>Minneapolis, MN 55440 |
| Va Credit Union<br>Po Box 90010<br>Richmond, VA 23225 | Vzw Ne<br>Attn: Verizon Wireless Dept<br>Po Box 3397<br>Bloomington, IL 61702 | BillMeLater<br>POB 105658<br>Atlanta, GA 30348-5658 |

/s/ Brett  Alexander Zwerdling

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re:

_____,

Debtor(s)

Case No. _____
Chapter 13

## Summary of the Proposed Loan Modification

|  | Original Loan | Modified Loan |
|---|---|---|
| Principal Amount |  |  |
| Interest Rate |  |  |
| Term or Maturity Date |  |  |
| Monthly Payment |  |  |

2. The modified loan includes future payment changes or balloon payments. The terms of any such future payment changes or balloon payments are:

3. The modification results in a higher monthly payment. The source(s) of the funds used to make that payment is/are:

4. The modification results in a lower monthly payment. Choose one of the following:
   a. The amount of future plan payments will be increased.
   b. The amount of future plan payments will not be increased.